UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ADRIAN GAMINO, ) <br> ) <br> Defendant(s). ) <br> ) | **Case No. CR 11-0595 LHK** <br> **CR 11-0596 LHK** <br><br> [**PROPOSED**] **PRELIMINARY** <br> **ORDER OF FORFEITURE** |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on December 21, 2012, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a. 2006 Blue Chevrolet Silverado PU C1500, CA License #8A08627 VIN # 1GCEC19V56Z184180; and

b. $4,862 in U.S. Currency seized from a vehicle defendant was driving on October 13, 2011,

pursuant to Title 21, United States Code, Section 853 and/or Title 18, United States Code, Section 982.

///

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

IT IS FURTHER ORDERED that the Court to retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

Defendant Adrian Gamino was sentenced on March 7, 2012. As part of his sentence, the Court ordered the forfeiture of the subject property, which was incorporated in the Judgment and Commitment entered on March 9, 2012.

IT IS SO ORDERED this 10th day of May 2012.

_____
LUCY H. KOH
United States District Judge